UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Western Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-82267 |
| Montgomery Farms, Inc. | ) | |
| | ) | Chapter: 12 |
| | ) | Honorable Thomas M. Lynch |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER APPROVING MOTION TO APPROVE PROCDURES ON PUBLIC AUCTION SALE FREE AND CLEAR OF LIENS**

This matter coming on to be heard on the Motion of Montgomery Farms, Inc., for approval of public auction sale pursuant to Section 363(f) of the Bankruptcy Code, the Court having found that proper and adequate notice of the motion was given and otherwise being fully advised in the premises,

IT IS HEREBY ORDERED AS FOLLOWS:

1. Debtor's motion is granted;
2. The Debtor is authorized and directed to serve the Notice upon all creditors and parties in interest on or before February 24, 2015, and file proof of service;
3. The auction sale will proceed on March 18, 2015;
4. Any objections to the sale shall be filed on or before March 4, 2015;
5. Any claim to the 2014 crop proceeds or auction proceeds superior to the claim of 1st Farm Credit Services shall be filed on or before March 11, 2015; and
6. Final hearing on the Motion to Approve Sale Free and Clear of Liens is set for March 20, 2015 at 11:00 a.m.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: February 20, 2015

**Prepared by:**

Richard G. Larsen
Springer Brown, LLC
400 S. County Farm Road
Suite 330
Wheaton, IL 60187
630-510-0000
rlarsen@springerbrown.com